# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DIONISIO NOBA ROSARIO, | )<br>) Civil Action No. 3:16-cv-0261 |
| Petitioner, | )<br>) |
| | ) United States District Judge |
| v. | ) Kim R. Gibson |
| | ) |
| SEAN M. KUTA, Warden, MVCC, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

Pending before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by Petitioner, Juan Dionisio Noba Rosario. (ECF No. 1). The matter was referred to United States Magistrate Judge Cynthia Reed Eddy for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules of Magistrate Judges.

The magistrate judge filed a Report and Recommendation (ECF No. 7) on March 24, 2017, recommending that the Petition for Writ of Habeas Corpus be denied. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had until April 13, 2017, to file written objections to the Report and Recommendation. To date, no objections have been filed nor has Petitioner sought an extension of time in which file objections.

After *de novo* review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of April, 2017:

**IT IS ORDERED** that the instant petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation filed March 24, 2017 (ECF No. 7) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), Petitioner has sixty (60) days after judgment is entered to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure. Federal prisoner appeals from the denial of a Section 2241 habeas proceeding are not governed by the certificate of appealability requirement. *See United States v. Cepero*, 224 F.3d 256, 264-65 (3d Cir. 2000) (en banc), abrogated on other grounds by *Gonzalez v. Thaler*, 132 S.Ct. 641 (2012). Therefore, Petitioner need not apply for one with this Court or with the Court of Appeals for the Third Circuit before filing an appeal from the denial of his habeas petition.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

Kim R. Gibson
United States District Judge

cc: JUAN DIONISIO NOBA-ROSARIO, 71441-066
Moshannon Valley Correctional Institution
D05
555-I Geo Drive
Phillipsburg, PA 16866
(via U.S. First Class Mail)

Michael Comber
Michael Ivory
U.S. Attorney's Office
(via CM/ECF electronic notification)